## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **KELSEY CUZZUPE**, <br><br> Plaintiff, <br><br> *v.* <br><br> **NEW JERSEY MANUFACTURERS INSURANCE GROUP**, <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 25-8-KSM** |

## ORDER

    **AND NOW**, this 9th day of April, 2025, upon consideration of Defendant's motion for partial summary judgment (Doc. No. 20) and Plaintiff's response in opposition (Doc. No. 22), it is **ORDERED** that Defendant's motion is **GRANTED** for the reasons set forth in the accompanying memorandum.  The parties shall proceed with discovery pursuant to the Court's Scheduling Order (Doc. No. 17).

    **IT IS SO ORDERED.**

*/s/Karen Spencer Marston*
KAREN SPENCER MARSTON, J.
